IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEBORAH LAUFER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-631-RP |
| JAGDISHBHAI PATEL and GUNVANTIBEN PATEL, | § § § § | |
| Defendants. | § § | |

### FINAL JUDGMENT

On this date, the Court issued an order granting Defendants Jagdishbhai Patel and Gunvantiben Patel's ("Defendants") Motion to Dismiss Pursuant to FRCP 12(b)(1), 12(b)(6), and 12(b)(7), (Dkt. 8), and dismissed Plaintiff Deborah Laufer's claims without prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

In accordance with this Court's order denying Defendants' request for attorney's fees and costs, **IT IS ORDERED** that each party bear its own fees and costs.

**SIGNED** on March 2, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE